J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
MATTHEW ROMAN (SBN 267717)
mroman@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
NANCY ADAM, M.D., SUE RISENHOOVER, FNP;
and MICHAEL SAYRE, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL LOUIS BEATTIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUE RISENHOOVER; NANCY ADAM; THOMAS MARTINELLI; MICHAEL SAYRE,<br><br>　　　　　Defendants. | Case No.: 4:11-cv-01187-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed:  March 10, 2011 |

　　　The Motion to Extend the Deadline to File an Answer to Plaintiff's Complaint by DEFENDANTS NANCY ADAM, M.D., SUE RISENHOOVER, F.N.P., and MICHAEL SAYRE, M.D., and all related pleadings were submitted to this Court.  The Court, having read and considered the motion and related pleadings in this matter, and all other matters presented to the Court, and good cause appearing therefore, hereby GRANTS the motion.  The Court, on its own motion, extends the time for Defendants to file an answer to Plaintiff's complaint.

///

///

///

1    IT IS ORDERED that DEFENDANTS shall file an answer to Plaintiff's complaint no later
2 than **thirty (30) days** from the date of this order.  Deadlines for dispositive motions set in the Order
3 Order of Service remain in place.
4    IT IS SO ORDERED.

5

6 Dated:  12/13/2011

_____
HONORABLE CLAUDIA WILKEN
United States District Judge