IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. BEATTIE, | No. C 11-01187 CW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| SUE REISENHOOVER, et al., | |
| Defendants. | (Docket no. 20) |

Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his opposition to Defendants' Motion For Summary Judgment no later than May 10, 2012.

Defendant shall file a reply brief no later than thirty (30) days after the date Plaintiff's opposition is filed.

This Order terminates Docket no. 20.

IT IS SO ORDERED.

Dated: 3/9/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE