IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. BEATTIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUE REISENHOOVER, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 11-01187 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docket no. 20) |

　　Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

　　IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his opposition to Defendants' Motion For Summary Judgment no later than <u>May 10, 2012</u>.

　　Defendant shall file a reply brief no later than <u>thirty (30) days</u> after the date Plaintiff's opposition is filed.

　　This Order terminates Docket no. 20.

　　IT IS SO ORDERED.

Dated: 3/9/2012

　　　　　　　　　　　　　　　　　　　　　/s/ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE