IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BEATTIE,            No. C 11-1187 CW (PR)

    Plaintiff,            JUDGMENT

  v.

SUE RISENHOOVER, et al.,

    Defendants.
_____/

For the reasons discussed in the Court's Order granting Defendants' motions for summary judgment and denying Plaintiff's motion for summary judgment, judgment is hereby entered in favor of all Defendants and against Plaintiff. All parties shall bear their own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 9/27/2012

CLAUDIA WILKEN
United States District Judge